# PRYOR CASHMAN LLP

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806

New York | Los Angeles

www.pryorcashman.com

**Marion R. Harris**
Counsel

Direct Tel: 212-326-0128
Direct Fax: 212-326-0806
MHarris@PRYORCASHMAN.com

February 6, 2020

**VIA FEDEX AND E-MAIL**

Brian M. Willen
Jason B. Mollick
Wilson Sonsini Goodrich & Rosati PC
1301 Avenue of the Americas
40th Floor
New York, New York 10019

Kenneth D. Freundlich
Freundlich Law
16133 Ventura Blvd.
Suite 645
Encino, California 91436

Re: *Genius Media Group Inc. v. Google LLC, et ano.*, No. 1:19-cv-07279-MKB-VMS (E.D.N.Y.)

Dear Counsel:

We represent Plaintiff Genius Media Group Inc. in the above-referenced action. We write pursuant to Section 3.D of Judge Brodie's Individual Practices and Rules to serve the following documents:

- Notice of Motion to Remand

- Memorandum of Law in Support of Plaintiff's Motion to Remand; and

- [Proposed] Order Granting Plaintiff's Motion to Remand.

Very truly yours,

Marion R. Harris

Marion R. Harris

Enclosures

Cc: All Counsel of Record and the Court (via CM/ECF w/o enclosures)