UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENIUS MEDIA GROUP INC., <br><br> *Plaintiff,* <br><br> v. <br><br> GOOGLE LLC and LYRICFIND, <br><br> *Defendants.* | Case No. 19 Civ. 7279 (MKB) (VMS) <br><br><br> **NOTICE OF MOTION TO REMAND** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated February 6, 2020 and all of the prior pleadings and proceedings had herein, Plaintiff Genius Media Group, Inc. will move this Court before the Honorable Margo K. Brodie, located at the United States District Court for the Eastern District of New York, Courtroom 6F, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be directed by this Court, for an Order, pursuant to 28 U.S.C. § 1447(c) remanding this action to the Supreme Court of the State of New York, County of Kings, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
February 6, 2020

PRYOR CASHMAN LLP

By: /s/ Marion R. Harris
Ilene S. Farkas
Marion R. Harris
Kaveri Arora
7 Times Square Tower
New York, NY 10036
Tel: 212-421-4100
ifarkas@pryorcashman.com
mharris@pryorcashman.com
karora@pryorcashman.com

*Counsel for Plaintiff Genius Media Group, Inc.,*

**TO**:   Brian M. Willen
Jason B. Mollick
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
bwillen@wsgr.com
jmollick@wsgr.com

*Counsel for Defendant Google LLC*

Kenneth D. Freundlich
FREUNDLICH LAW
16133 Ventura Blvd., Suite 645
Encino, California 91436
ken@freundlichlaw.com

*Counsel for Defendant LyricFind*