UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENIUS MEDIA GROUP INC., <br><br> *Plaintiff,* <br><br> v. <br><br> GOOGLE LLC and LYRICFIND, <br><br> *Defendants*. | Case No. 19 Civ. 7279 (MKB) (VMS) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

This matter, having come before the Court on Plaintiff's Motion to Remand, and, it appearing, upon good cause shown, that the Motion should be granted, **IT IS HEREBY ORDERED** that this action is remanded to the Supreme Court of the State of New York, County of Kings.

**SO ORDERED:**

_____
MARGO K. BRODIE
United States District Judge

Dated: _____, 2020
          Brooklyn, New York