

# PRYOR CASHMAN LLP

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806

New York | Los Angeles

www.pryorcashman.com

**Marion R. Harris**
Counsel

Direct Tel: 212-326-0128
Direct Fax: 212-326-0806
MHarris@PRYORCASHMAN.com

March 12, 2020

**VIA CM/ECF AND HAND DELIVERY**

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Genius Media Group Inc. v. Google LLC, et ano.*, No. 1:19-cv-07279-MKB-VMS (E.D.N.Y.)

Dear Judge Brodie:

We represent Plaintiff Genius Media Group Inc. ("Plaintiff") in the above-captioned matter. Pursuant to Your Honor's Individual Practices and Rules, enclosed herein are courtesy copies of the fully briefed Motion to Remand, including:

Plaintiff's Motion to Remand

1. Notice of Motion to Remand
2. Memorandum of Law in Support of Plaintiff's Motion to Remand
3. Proposed Order Granting Plaintiff's Motion to Remand

Defendants Google LLC's and LyricFind's Opposition to Motion to Remand

1. Memorandum of Law in Opposition to Plaintiff's Motion to Remand

Plaintiff's Reply in Further Support of Motion to Remand

1. Reply Memorandum of Law in Further Support of Motion to Remand

Respectfully submitted,

*Marion R. Harris*

Marion R. Harris

**PRYOR CASHMAN LLP**

Hon. Margo K. Brodie
March 12, 2020
Page 2

cc:   Hon. Magistrate Judge Vera M. Scanlon (*by hand delivery*)

       Brian M. Willen (*by email w/o enclosures*)
       Jason B. Mollick (*by email w/o enclosures*)
       Wilson Sonsini Goodrich & Rosati PC
       1301 Avenue of the Americas
       40th Floor
       New York, New York 10019

       *Attorneys for Google LLC*

       Kenneth D. Freundlich (*by email w/o enclosure*)
       Freundlich Law
       16133 Ventura Blvd.
       Suite 645
       Encino, California 91436

       *Attorneys for LyricFind*