UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENIUS MEDIA GROUP INC., *Plaintiff,* v. GOOGLE LLC and LYRICFIND, *Defendants.* | Case No. 19 Civ. 7279 (MKB) (VMS) **NOTICE OF APPEAL** |

Notice is hereby given that Genius Media Group Inc. ("Plaintiff"), by and through its attorneys, Pryor Cashman LLP, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the Eastern District of New York (Brodie, U.S.D.J.) entered on August 13, 2020, which denied Plaintiff's motion to remand the above-captioned action to state court and dismissed the complaint for failure to state a claim because it was preempted by the Copyright Act.

Dated: New York, New York
September 14, 2020

PRYOR CASHMAN LLP

By: /s/ Marion R. Harris
Ilene S. Farkas
Marion R. Harris
Kaveri Arora
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff*